### 7622.  LEMON v. THE STATE.

BROYLES, J.  1. The defendant was convicted of receiving stolen goods; and as the record discloses no evidence whatever that the cottonseed meal which she allowed to be stored on her premises had been stolen, her conviction was unauthorized.

2. It is unnecessary to consider the other assignments of error.

*Judgment reversed.*

DECIDED OCTOBER 18, 1916.

Conviction of receiving stolen goods; from Wilkes superior court —Judge Walker. April 14, 1916.

*F. H. Colley, I. T. Irvin Jr.,* for plaintiff in error.

*R. C. Norman, solicitor-general,* contra.